PROB 35

# ORDER TERMINATING SUPERVISED RELEASE
# PRIOR TO EXPIRATION DATE

## UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number:  2:03CR00430-02** |
| | ) | |
| **Jerry Allan NESS** | ) | |
| | ) | |

On March 11, 2005, the above-named was placed on Supervised Release for a period of 2 years, which commenced on October 27, 2006.  He has complied with the rules and regulations of supervision.  It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Dated:        February 27, 2008
                Roseville, California
                srs:cd

**REVIEWED BY:**        /s/ Richard A. Ertola
                        **RICHARD A. ERTOLA**
                        **Supervising United States Probation Officer**

**Re:     Jerry Allan NESS**
**        Docket Number:   2:03CR00430-02**
**        ORDER TERMINATING SUPERVISED RELEASE**
**        <u>PRIOR TO EXPIRATION DATE</u>**

---

### ORDER OF COURT

It is ordered that the he be discharged from Supervised Release, and that the proceedings in the case be terminated.

Dated:  March 14, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Attachment:   Recommendation
cc:     United States Attorney's Office
        FLU Unit, AUSA's Office
        Fiscal Clerk, Clerk's Office

## RECOMMENDATION TERMINATING
## PRIOR TO EXPIRATION DATE

---

### UNITED STATES DISTRICT COURT
### FOR THE
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **vs.** | ) | **Docket Number: 2:03CR00430-02** |
| | ) | |
| **Jerry Allan NESS** | ) | |
| | ) | |

### LEGAL HISTORY:

On March 11, 2005,  the above-named was placed on Supervised Release for a period of 2 years, which commenced on October 27, 2006.  Special conditions included: Financial disclosure and restrictions; Submit to DNA collection; $5,000 fine; and a $200 special assessment (both paid in full).

### SUMMARY OF COMPLIANCE:

Mr. Ness has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities.  It is the opinion of the probation officer that Mr. Ness has derived maximum benefit from supervision and is not in need of continued supervision.

### RECOMMENDATION:

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Shari R. Simon

**SHARI R. SIMON**
**United States Probation Officer**

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG

**Re:    Jerry Allan NESS**
**Docket Number:   2:03CR00430-02**
**RECOMMENDATION TERMINATING**
**SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**


Dated:        February 27, 2008
              Roseville, California
              srs:cd

**REVIEWED BY:            /s/ Richard A. Ertola**
              **RICHARD A. ERTOLA**
              **Supervising United States Probation Officer**

srs
cc:    AUSA James P. Arguelles (Pursuant to Rule 32, notice of proposed relief to the supervisee is being
       provided.  If no objection is received from you within 14 days, the probation officer's Recommendation
       and Prob 35 - Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the
       Court for approval.)

Rev. 04/2007
EARLY TERMINATION ~ RECOMMENDATION.MRG